On respondent's petition for reconsideration filed March 19, reconsideration allowed; former opinion (223 Or App 261, 196 P3d 538 (2008)) modified and adhered to as modified; former disposition withdrawn; affirmed May 20, 2009

STATE OF OREGON,
*Plaintiff-Respondent,*

*v.*

RICHARD CARL BIGHOUSE,
aka Richard Earl Bighouse,
*Defendant-Appellant.*

Washington County Circuit Court
C033240CR, C040163CR, C041507CR;
A126980 (Control), A126981, A126982

209 P3d 356

John R. Kroger, Attorney General, Erika L. Hadlock, Acting Solicitor General, and Paul L. Smith, Assistant Attorney-in-Charge, for petition.

Before Brewer, Chief Judge, and Edmonds, Landau, Haselton, Armstrong, Wollheim, Schuman, Ortega, Rosenblum, and Sercombe, Judges.

PER CURIAM

**PER CURIAM**

The state seeks reconsideration of our decision in *State v. Bighouse*, 223 Or App 261, 196 P3d 538 (2008). In *Bighouse*, we affirmed defendant's convictions but remanded for resentencing. The state now contends that, in light of *Oregon v. Ice*, 555 US ____ , 129 S Ct 711, 172 L Ed 2d 517 (2009), we erred in concluding that the imposition of consecutive sentences under ORS 137.123(5) requires findings by a jury rather than a judge. We agree and, accordingly, modify our opinion and affirm.

Reconsideration allowed; former opinion modified and adhered to as modified; former disposition withdrawn; affirmed.